**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re *Ex Parte* Application for Judicial Assistance Pursuant to 28 U.S.C. § 1782, by<br><br>CANADA (COMMISSIONER OF COMPETITION),<br><br>Applicant. | Case No.:<br><br>**APPLICANT'S MOTION FOR LEAVE TO FILE PORTIONS OF EXHIBIT 2 UNDER SEAL**<br>**[NO ORAL ARGUMENT REQUESTED]** |

Pursuant to Local Civil Rules 5(e) and 7(a), Applicant CANADA (COMMISSIONER OF COMPETITION) ("Applicant") respectfully moves the Court for an order permitting narrowly tailored redactions to Exhibit 2 to the Declaration of John J. Malley in Support of Applicant's *Ex Parte* Application for Judicial Assistance Pursuant to 28 U.S.C. § 1782.

Applicant seeks to redact only the exact home addresses, personal telephone numbers, and full dates of birth, including the years, of three nonparty individuals identified in Exhibit 2. The requested redactions protect those individuals' privacy while leaving the remainder of Exhibit 2 publicly available, including information establishing Christopher LaSala's residence in this District. Applicant requests that the Court authorize the proposed redactions to the public version of Exhibit 2 and direct that the unredacted version remain under seal.

This Motion is supported by the accompanying Memorandum of Law and the Declaration of John Malley in Support of Applicant's Motion to Seal Portions of Exhibit 2. Applicant is concurrently submitting a public redacted version and a sealed unredacted version of Exhibit 2 pursuant to Local Civil Rule 5(e)(4)(a).

DATED: October 6, 2026

KUCKER, MARINO, WINIARSKY
& BITTENS LLP

By: */s/ John J. Malley, Esq.*
John J. Malley, Esq.
747 Third Avenue
New York, New York 10017
(212) 869-5030
*Attorneys for Applicant*
Canada (Commissioner of Competition)
*jmalley@kuckermarino.com*
Bar No. 30155

PENDING PRO HAC VICE
APPLICATION TO BE SUBMITTED:

David W. Kesselman (CA SBN 203838)
*dkesselman@kblaw.com*
Amy T. Brantly (CA SBN 210893)
*abrantly@kbslaw.com*
KESSELMAN BRANTLY STOCKINGER LLP
841 Apollo St., Ste. 320
El Segundo, CA 90245
Tel: 310-307-4555 | Fax 310-307-4570